

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00611-CR

Douglas Wayne **HEFNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-17-0000049
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 25, 2018.

_____
Rebeca C. Martinez, Justice